LOUISA C. PURSLEY, as Administratrix of CHARLES S. PURSLEY, Deceased, Respondent, *v.* EDGE MOOR BRIDGE WORKS, Appellant, Impleaded with Another.

168 589
Case 2
78 AD 169

*Pursley* v. *Edge Moor Bridge Works,* 56 App. Div. 71, affirmed.
(Argued June 11, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 24, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Carl A. de Gersdorff* for appellant.

*Thomas P. Wickes* and *Charles R. La Rue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ. Not sitting: PARKER, Ch. J.